**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FOTOHAUS, LLC,<br>75 North Woodward Avenue, #80228<br>Tallahassee, FL 32313<br><br>Plaintiff,<br><br>v.<br><br>MCNEILL MEDIA GROUP, INC.,<br>385 Oxford Valley Road, Suite 420<br>Yardley, PA 19067<br><br>Defendant. | Civil Action No.:<br><br>COMPLAINT AND JURY DEMAND |

COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiff, FOTOHAUS, LLC ("Plaintiff" or "Fotohaus"), brings this complaint in the United States District Court for the District of Columbia against MCNEILL MEDIA GROUP, INC., ("Defendant" or "McNeill"), alleging as follows:

PARTIES

1. Plaintiff is a limited liability company existing under the laws of the State of Florida, with a office located in Tallahassee, Florida.
2. On information and belief, Defendant is a corporation existing under the laws of the State of Pennsylvania, with headquarters in Yardley, Pennsylvania. McNeill are experienced journalists, copywriters, designers, and marketing professionals who specialize in creating

targeted content.[1] Defendant publishes Lodging Magazine. Lodging Magazine is the official publication of the American Hotel & Lodging Association, with headquarters in the District of Columbia.[2]

## JURISDICTION AND VENUE

1. This is a civil action seeking damages for copyright infringement under the copyright laws of the United States (17 U.S.C. § 101 et seq.).
2. This Court has jurisdiction under 17 U.S.C. § 101 et seq.; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).
3. This Court has personal jurisdiction over the Defendant, and venue in this District is proper under 28 U.S.C. § 1391(b) and 28 U.S.C. § 1400(a), in that Defendant is deemed to reside in the District of Columbia because Defendant: (1) directed electronic activity into the State (District); (2) with the manifested intent of engaging in business or other interactions within the State (District); and (3) that activity created, in a person within the State (District), a potential cause of action cognizable in the State's (District's) courts.

## FACTUAL ALLEGATIONS COMMON TO ALL CLAIMS

4. Daniel Foster ("Foster"), Manager of Fotohaus, captured the photograph, "Natural Gas Drilling" ("Copyrighted Photograph") on February 9, 2013 in Shreveport, Louisiana. Exhibit A.

---

[1] www.mcneill-group.com

[2] www.lodgingmagazine.com/about

5. Foster registered Copyrighted Photograph with the United States Copyright Office on March 18, 2013 (Registration No.: VA 1-879-851). Exhibit B.

6. Foster published the Copyrighted Photograph on www.flickr.com/photos/danielfoster/8460338162 (last visited Apr. 10, 2017) on or about March 1, 2013. Exhibit C.

7. Foster assigned the copyright to the Copyrighted Photograph to Fotohaus on March 8, 2017.

8. Beginning on or about July 31, 2013, Defendant copied and posted the Copyrighted Photograph to the company's commercial website, www.lodgingmagazine.com. Defendant used the Copyrighted Photograph as a full-page image to accompany the article: "North Dakota Oil Boom Hotel Business." Exhibit D.

9. The Copyrighted Photograph was posted to the following URL:

   - www.lodgingmagazine.com/nort-dakota-oil-boom-boosts-hotel-business (last visited November 1, 2015)

10. Beginning on or about June 31, 2013, Defendant published the July 2013 print edition of Lodging Magazine, which contained the article: "Boomtown." The article was authored by Christina Hernandez Sherwood and included a two-page full bleed image of the Copyrighted Photograph on pages 40-41. Exhibit E.

## COUNT I: INFRINGEMENT OF COPYRIGHT PURSUANT TO 17 U.S.C. §101 ET SEQ.

11. Plaintiff incorporates herein by this reference each and every allegation contained in each paragraph above.

12. Plaintiff is, and at all relevant times has been, the copyright owner or licensees of exclusive rights under United States copyright with respect to certain copyrighted photograph,

including but not limited to the Copyrighted Photograph, of which is the subject of a valid Certificate of Copyright Registration issued by the Register of Copyrights. The date of registration for the Copyrighted Photograph is within three months of the initial publication of the work on www.flickr.com/photos/danielfoster/8460338162.

13. Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce the Copyrighted Photograph and to distribute the Copyrighted Photograph to the public.

14. Plaintiff is informed and believes that Defendant, without the permission or consent of Plaintiff, used the Copyrighted Photograph on Defendant's commercial website, www.lodgingmagazine.com. In doing so, Defendant violated Plaintiff's exclusive rights of reproduction and distribution. Defendant's actions constitute infringement of Plaintiff's copyrights and exclusive rights under copyright.

15. Plaintiff is informed and believes that the foregoing act of infringement was willful and intentional, in disregard of and with indifference to the rights of Plaintiff.

16. As a result of Defendant's infringement of Plaintiff's copyrights and exclusive rights under copyright, Plaintiff is entitled to statutory damages pursuant to 17 U.S.C. § 504(c) for Defendant's infringement of the Copyrighted Photograph. Plaintiff is further entitled to their attorney's fees and costs pursuant to 17 U.S.C. § 505.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

A. Declaring that Defendant's unauthorized conduct violates Plaintiff's rights under the Federal Copyright Act;

B. Immediately and permanently enjoining Defendant, their officers, directors, agents, servants, employees, representatives, attorneys, related companies, successors, assigns, and all others in active concert or participation with them from copying and republishing Plaintiff's Copyrighted Photograph without consent or otherwise infringing Plaintiff's copyright or other rights in any manner;

C. Ordering Defendant to account to Plaintiff for all gains, profits, and advantages derived by Defendant by their infringement of Plaintiff's copyright or such damages as are proper, and since Defendant intentionally infringed Plaintiff's copyright, for the maximum allowable statutory damages for each violation;

D. Awarding Plaintiff actual and/or statutory damages for Defendant's copyright infringement pursuant to 17 U.S.C. § 504 in an amount to be determined at trial;

E. Awarding Plaintiff his costs, reasonable attorney's fees, and disbursements in this action, pursuant to 17 U.S.C. § 505; and

F. Awarding Plaintiff such other and further relief as is just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all claims for which there is a right to jury trial.

Dated: April 21, 2017

___/s/____*David C. Deal*_____________
David C. Deal (VA Bar No.: 86005)
The Law Office of David C. Deal, P.L.C.
P.O. Box 1042
Crozet, VA 22932
434-233-2727, Telephone
888-965-8083, Facsimile
*Attorney for Plaintiff*

EXHIBIT A



EXHIBIT B

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Register of Copyrights, United States of America

**Registration Number**
VA 1-879-851

**Effective date of registration:**
March 18, 2013

## Title

**Title of Work:** Daniel Foster's Photographs, 2013 Vol I

**Previous or Alternative Title:** Group registration of 27 photographs published from January 19, 2013 - March 16, 2013

**Contents Titles:**
Adorable Puppy
A Musical Evening
Arches
Auto Transport
Beautiful Woman
Berlin Bike Riders
Berlin Ostbahnhof
Bumper Cars
East Berlin Sky
Hipster Drinking Coffee
Hudson River Upper Bay
LSU Basketball PMAC
LSU Law Center
LSU Live Oak Trees
LSU Memorial Tower
LSU Tiger Stadium
Memorial Tower in the Oaks
Memorial Tower LSU
Natural Gas Drilling
Natural Gas Fracking
New York Abstract Architecture
New York Pier

EXHIBIT C


flickr
Explore
Create
Log In
Sign Up
Back to photostream
Daniel Foster
+ Follow
Natural Gas Fracking
Fracking on the Haynesville Shale near Shreveport, Louisiana.
17,060
views
8
faves
4
comments
Taken on February 9, 2013
Some rights reserved

EXHIBIT D


-hotel-business/
About Advertise Contact Subscribe
LODGING
HBO WINS MORE EMMYS THAN ANY OTHER NETWORK FOR THE 13TH YEAR IN A ROW!
HBO
INDUSTRY NEWS FINANCE + DEVELOPMENT GOOD ADVICE TECHNOLOGY DESIGN PEOPLE F&B MARKETPLACE EVENTS
Home / Finance + Development / Development / North Dakota Oil Boom Boosts Hotel Business
North Dakota Oil Boom Boosts Hotel Business
Posted by: Lodging Staff In Development, Market Reports July 31, 2013
When Maria Zafra moved from Florida to Minot, N.D., about two years ago to manage a new La Quinta property, it was hard for people to find hotel rooms. The room supply in Minot was still catching up to the
THE DEAL REPORT
Carey Watermark Acquires Staybridge Suites Savannah
November 4, 2014
Carey Watermark Acquires Sanderling Resort for $38 Million
October 29, 2014
Destination Hotels Expands in South Florida with Addition of b2 Miami Downtown
October 9, 2014
SUBSCRIBE TODAY!
GET THE MAGAZINE
GET THE NEWSLETTER
airwatch
Secure Content Collaboration
Download the Whitepaper
PIPELINE
Wyndham Announces 10 Properties in

<u>EXHIBIT E</u>


BOOM
TOWN
MINOT IS AMONG THE FAST-GROWING
NORTH DAKOTA CITIES WHERE THE OIL RUSH
HAS BEEN DRIVING HIGH HOTEL DEMAND.
BUT IS THIS RAPID GROWTH SUSTAINABLE?

## CONTENTS

JULY 2013 | VOLUME 38 | ISSUE NO. 11




## FEATURES


32
**Making a Getaway**
Top resorts are elevating the guest experience by tapping into the local culture, promoting their destination's unique features, and providing their visitors with a one-stop-shop for activities and enjoyment. Here's how three distinctly different properties created ideal vacation escapes.
**BY ANNE TAULANE**

41
**Boomtown**
North Dakota has skyrocketed from the eighth state in oil production to No. 2 behind Texas. Minot is among the fast-growing North Dakota cities where the oil rush has been driving high hotel demand. But is this rapid growth sustainable?
**BY CHRISTINA HERNANDEZ SHERWOOD**

46
**Meet Your New Guests**
In the next 10 years, hotels will be filled with more Chinese travelers, LGBT guests, Gen-X business types, and millennials. Here's what you need to know to successfully target these lucrative niche travel markets and create authentic programs tailored to their needs and expectations.
**BY LODGING STAFF**




## FEATURES

32
**Making a Getaway**
Top resorts are elevating the guest experience by tapping into the local culture, promoting their destination's unique features, and providing their visitors with a one-stop-shop for activities and enjoyment. Here's how three distinctly different properties created ideal vacation escapes.
**BY ANNE TAULANE**

41
**Boomtown**
North Dakota has skyrocketed from the eighth state in oil production to No. 2 behind Texas. Minot is among the fast-growing North Dakota cities where the oil rush has been driving high hotel demand. But is this rapid growth sustainable?
**BY CHRISTINA HERNANDEZ SHERWOOD**

46
**Meet Your New Guests**
In the next 10 years, hotels will be filled with more Chinese travelers, LGBT guests, Gen-X business types, and millennials. Here's what you need to know to successfully target these lucrative niche travel markets and create authentic programs tailored to their needs and expectations.
**BY *LODGING* STAFF**

2 LODGINGMAGAZINE.COM JULY 2015